UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE



**FILED**

JAN 1 5 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Consumer Financial Protection Bureau,

    Plaintiff,

v.

Case No.: 3:25-cv-00004

Vanderbilt Mortgage and Finance, Inc.

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for <u>Defendant Vanderbilt Mortgage and Finance, Inc.</u> moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    **Alabama**

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 13, 2025

*(Signature–hand signed)*

Name: James C. Lester
Firm: Maynard Nexsen PC
Address: 1901 6th Avenue North, Suite 1700
         Birmingham, AL 35203
Email address: jlester@maynardnexsen.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

## UNITED STATES DISTRICT COURT
### Northern District of Alabama



Greer M. Lynch  
Clerk of Court

Sheri Jones  
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **James C. Lester** was duly admitted to practice in said Court on **December 11, 2013**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on January 13, 2025.

GREER M. LYNCH, CLERK

By: *Gevonni Bell*

Gevonni Bell, Deputy Clerk

**Brandy McCainey**
DIRECT 205.488.3613
EMAIL bmccainey@maynardnexsen.com



January 14, 2025

**VIA FED-EX**

Ms. Kathy Keeton, Division Manager
U.S. District Court, Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, Tennessee 37902

Re: **Consumer Financial Protection Bureau v. Vanderbilt Mortgage and Finance, Inc., Case No.: 3:25-cv-00004**

**Motion for Admission *Pro Hac Vice* in the U.S. District Court, Eastern District of Tennessee**

Dear Ms. Keeton:

Enclosed please find the following documents relating to the Motion for Admission *Pro Hac Vice* of James C. Lester:

1. Motion for Admission *Pro Hac Vice*;

2. Original Certificate of Good Standing for James C. Lester issued by the U.S. District Court, Northern District of Alabama on January 13, 2025; and

3. Our firm check number 00034865 in the amount of $150.00 to cover filing fees associated with the Motion for Admission *Pro Hac Vice*.

If you have any questions or need any additional information, please do not hesitate to contact me at 205.488.3613.

Thank you for your assistance in this matter.

Sincerely,

Brandy McCainey
Brandy McCainey
Legal Assistant

Enclosures

1901 Sixth Ave. North / 1700 Regions Harbert Plaza / Birmingham, AL 35203 / 205.254.1000 / maynardnexsen.com