UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>     Plaintiff,<br><br>v.<br><br>VANDERBILT MORTGAGE AND FINANCE, INC.<br><br>     Defendant. | Case No. 3:25-cv-00004-CEA-JEM |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff,

Consumer Financial Protection Bureau, dismisses this action against Defendant, with

prejudice.

February 27, 2025

Respectfully submitted,

Mark Paoletta
*Chief Legal Officer*
Daniel Shapiro
*Deputy Chief Legal Officer*
Cara Petersen
*Principal Deputy Enforcement Director*
Christina Coll
*Assistant Litigation Deputy*

/s/ Meghan Sherman Cater
Meghan Sherman Cater
(NY Bar No. 4473120)
Telephone: 202-435-9165
Email: meghan.cater@cfpb.gov
John Thompson
(NM Bar No. 139788)
Telephone: 202-435-7270
email: john.thompson@cfpb.gov
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552